UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL DEJUAN GROVE #779585,

      Plaintiff,

                                  Case No. 2:25-cv-201

v.

                                  HONORABLE PAUL L. MALONEY

JOSEPH PERALA, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants James Kittel, Joshua Mukka and Joseph Perala filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 24, 2026, recommending that this Court dismiss the case as to Defendant Mattice pursuant to Rule 25(a)(1), and grant the motion in part and deny the motion in part.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Brian Mattice is DISMISSED pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 21) is GRANTED IN PART.  Defendants Perala and Kittel are DISMISSED from this lawsuit without prejudice.

**IT IS FURTHER ORDERED** that Defendants' motion is DENIED IN PART because the Court finds a genuine issue of material fact exists on the issue of exhaustion.  The Eighth Amendment claims remain against Defendants Mukka, Beck, Loman, Hebert, Vanalstine, and Baumann.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated:  May 27, 2026                                                     /s/  Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge

2